| | |
|---|---|
| 1 | KEVIN RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | ROBERT D. REES (CSBN 229441)<br>Assistant United States Attorney |
| 5 | |
| 6 | MICHAEL A. CAVES<br>Law Clerk |

*E-filing*

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7112
Fax: (415) 436-7234
Email: Michael.Caves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )<br>     v.                         )<br>                                )<br>MICHAEL BOYD,                   )<br>                                )<br>         Defendant.             )<br>_____) | | CR No.: 05-00236 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

On July 26, 2005, the parties in this case appeared before the Court for an initial appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from July 26, 2005 to September 19, 2005 for continuity of counsel and for effective preparation of defense counsel. Specifically, Mr. Tyler, counsel for Mr. Boyd, requested the continuance in light of his impending travel outside of the Northern District of California, and in consideration of Mr. Boyd's work schedule. The parties represented that granting the continuance

Stipulation and [Proposed] Order

| | |
|---|---|
| 1 | was the reasonable time necessary for continuity of defense counsel and effective preparation of |
| 2 | defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § |
| 3 | 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a |
| 4 | continuance outweighed the best interests of the public and the defendant in a speedy trial. See |
| 5 | 18 U.S.C. § 3161(h)(8)(A). |
| 6 | SO STIPULATED: |

KEVIN V. RYAN
United States Attorney

DATED: 9/16/05

ROBERT D. REES   TRACIE L. BROWN
Assistant United States Attorney

DATED: 9/19/05

RONALD C. TYLER
Attorney for Mr. Boyd

As the Court found on July 26, 2005, and for the reasons stated above, the Court finds that an exclusion of time between July 26, 2005 and September 19, 2005 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny Mr. Boyd continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED: 9/19/05

EDWARD M. CHEN
United States Magistrate Judge