1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   SCOTT G. MAZZOLA
6  Law Clerk

7  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
8  Telephone: (415) 436-6488
   Fax: (415) 436-7234
9  Email: Derek.Owens@usdoj.gov

10
   Attorneys for Plaintiff
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA,        )    CR No.: 05-00236 MAG
17                                   )
                                     )
18          Plaintiff,               )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME
19          v.                       )
                                     )
20  MICHAEL BOYD,                    )
                                     )
21                                   )
            Defendant.               )
22  _____ )

23      On September 19, 2005, the parties in this case appeared before the Court for a status

24  conference. At that time, the parties stipulated that time should be excluded from the Speedy

25  Trial Act calculations from September 19, 2005 to November 1, 2005 for preparation of the

26  diversion agreement. Specifically, Mr. Tyler, counsel for Mr. Boyd, requested the continuance in

27  light of the fact both Plaintiff and Pre-Trial Services had not yet authorized this matter to proceed

28  through the diversion process. The parties represented that granting the continuance was the

FILED

NOV X 1 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  reasonable time necessary for effective preparation of counsel for the Government, taking into
2  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
3  agreed that the ends of justice served by granting such a continuance outweighed the best
4  interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

KEVIN V. RYAN
United States Attorney

8  DATED: __11/1/05__

DEREK R. OWENS
Special Assistant United States Attorney

10  DATED: 1/1/06

RONALD C. TYLER
Attorney for Mr. Boyd

13  As the Court found on September 19, 2005, and for the reasons stated above, the Court finds
14  that an exclusion of time between September 19, 2005 and November 1, 2005 is warranted and
15  that the ends of justice served by the continuance outweigh the best interests of the public and the
16  defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
17  continuance would deny the Government the reasonable time necessary for effective preparation,
18  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
19  See 18 U.S.C. §3161(h)(8)(B)(iv).

21  SO ORDERED.
22  DATED: 11/1/05

EDWARD M. CHEN
United States Magistrate Judge

Stipulation and [Proposed] Order

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

                     Plaintiff,

    v.

Boyd et al,

                     Defendant.
_____/

Case Number: CR05-00236 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

SAUSA Derek R. Owens
Scott G. Mazzola, LC
United States Attorney's Office
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Ronald C. Tyler
Federal Public Defender's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: November 1, 2005

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk

1