IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL BOYD,<br><br>　　　　　Defendant. | )<br>) No. CR 05-0236 EMC<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING HEARING<br>)<br>)<br>) |

<u>STIPULATION</u>

The parties agree to continue the hearing in the above-captioned matter from February 8, 2006 until March 1, 2006 at 9:30 a.m.  The continuance requested is necessary to complete preparation for the expected resolution of this matter .

DATED: February 7, 2006　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　RONALD TYLER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Counsel for Michael Boyd

DATED: February 8, 2006　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　SCOTT MAZOLLA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Law Clerk

IT IS SO ORDERED.

　　　　　February 9, 2006
DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen*

STIP & ORDER CONTINUING HEARING