KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237 )
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 05-0236 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| MICHAEL BOYD, | |
| Defendant. | |

On February 14, 2006, the parties in this case reached an agreement to defer the prosecution of the offense in the above captioned matter for a period of twelve months.  The parties hereby stipulate and request of the Court to exclude the time during this period under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A).  Specifically, the parties stipulate that the deferral of prosecution is the appropriate disposition of this case and that such deferral will allow Michael Boyd to demonstrate his good conduct pursuant to Title 18 U.S.C. §3161 (h)(2).

1  The parties further stipulate and hereby request that the Court set a control date of February
2  14, 2007, for a status hearing on the completion of the pre-trial diversion.

4  SO STIPULATED:

5               KEVIN V. RYAN
             United States Attorney

7  DATED: 09/06/06       /s/ Derek R. Owens
8               DEREK R. OWENS
             Special Assistant United States Attorney

10 DATED: 09/05/06       /s/ Ronald Tyler
             RONALD TYLER
11              Attorney for Mr. Boyd

13 For the reasons stated above, the Court finds that an exclusion of time between February 14, 2006, and February 14, 2007, is warranted and that the ends of justice are served by the continuance. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny Mr. Boyd a period of delay to demonstrate his good conduct, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(2). The Court also orders a February 14, 2007, hearing on the status of the pre-trial diversion.

20 SO ORDERED.

22 DATED: September 8, 2006

             _____
23              EDWARD M. CHEN
             United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

Stipulation and [Proposed] Order
CR 05-0236 EMC